GARAGE, Appellants. JOHN D. DUNLOP, Appellant, v. HARRY LEVIN, Respondent. (Consolidated Actions.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

WILLIAM I. LOUIS, Respondent, v. JOHN SCHAFFNER and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

ALICE W. MOLINE, Respondent, v. QUEENSBORO STORAGE WAREHOUSE, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Johnston, J., not voting.

WALTER C. MURTHA, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION and COLLIER SERVICE CORPORATION, Appellants.— Motion of appellant Collier Service Corporation for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Motion of appellant New York Rapid Transit Corporation for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

ORTIN TRADING CORPORATION, Respondent, v. SUPERLATIVE LAUNDRIES, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

ADRIAN M. POTTER, Appellant, v. MORRIS DIAMOND and Others, Respondents. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

ADRIAN M. POTTER, Appellant, v. MORRIS DIAMOND and Others, Respondents. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

CYRIL J. REDMOND and Another, as Receivers in the Action " The ANGLO-SOUTH AMERICAN TRUST COMPANY and HEINO F. BUSCH, as Trustees for the Benefit of the Holders of the Bonds Secured by a Mortgage or Deed of Trust Executed by COURT AND MONTAGUE STREET REALTY CORPORATION v. COURT AND MONTAGUE STREET REALTY CORPORATION et al.," Respondents, v. JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, THE BANK OF UNITED STATES, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Carswell, Scudder and Johnston, JJ.; Lazansky, P. J., not voting.

ELVIRA RUSSO, as Administratrix, etc., of GAETANO RUSSO, Deceased, Respondent, v. CUSHMAN'S SONS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

ANTONIO SALMERI, an Infant, etc., and VINCENZO SALMERI, Respondents, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Johnston, J., not voting.